UNITED STATES OF AMERICA

    Plaintiff,

vs.

DWIGHT OMAR HUIE,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on May 10, 2018. A Report and Recommendation was filed on May 17, 2018, [ECF No. 29], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 29], of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts Six of the Indictment, which charges the Defendant with attempted illegal reentry of a previously removed alien, in violation of Title 8, United States Code, Sections 1326(a)(b)(1) and (b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this_____day of June, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Judge Maynard
All Counsel Of Record